## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

JOSE RIVERA, *et al.*,

   Plaintiffs,

      v.                                          No. 1:19-cv-03142

JUAN NUALA, et al.,

   Defendants.

### PLAINTIFFS' PRAECIPE REQUESTING ENTRY OF DEFAULT
### AGAINST DEFENDANT JUAN NUALA

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, please enter a default in this matter against Defendant Juan Nuala for that Defendant's failure to plead or otherwise defend within the time period set out in the Rule, as is indicated by the records of this Court and in the accompanying Declaration of Lenore C. Garon.

Dated: October 30, 2019                          Respectfully submitted,

                                                           By: /s/ Matthew B. Kaplan
                                                           Matthew B. Kaplan
                                                           VSB No. 51027
                                                           The Kaplan Law Firm
                                                           1100 N. Glebe Road, Suite 1010
                                                           Arlington, VA 22201
                                                           Telephone: (703) 665-9529
                                                           Email: mbkaplan@thekaplanlawfirm.com
                                                           *Counsel for Plaintiff*

                                                           By: /s/ Lenore C. Garon
                                                           Lenore C. Garon
                                                           VSB No. 39934 Law Office of Lenore C. Garon, PLLC
                                                           2412 Falls Place Court
                                                           Falls Church, VA 22043
                                                           Telephone: (703) 534-6662
                                                           Email: lenore@lenorecgaron.com
                                                           *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 30th day of October, 2019, served a copy of the foregoing *Plaintiffs' Praecipe Requesting Entry of Default Against Defendant Juan Nuala* and attached *Declaration* in support thereof by first-class mail, postage prepaid, on

    Juan Nuala
    2800 Juniper Street, Suite 3,
    Falls Church, VA 22043

                                            */s/* Lenore C. Garon
                                            Lenore C. Garon