# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Jose Rivera,
Jose Efrain Renderos
Donny Cerna, and
Angel Mauricio Vargas

    Plaintiffs,

v.

Juan Naula
Eduards Wood Floors, LLC,
and
Curbio, INC.

    Defendants

RECEIVED
NOV 07 2019
Clerk, U.S. District and Bankruptcy Courts

# STATEMENT

Case number: 19CV3142

Jose Rivera, Jose Efrain Renderos, Donny Cerna were hired as 1099 contractors and Angel Mauricio Vargas were hired as an employee. We all agreed that I would pay them per day ($150) not hourly. They were working on a project that we got hired to do by Curbio, Inc. All the projects they were working on had problems, the owner didn't want them to come back anymore because they weren't doing a good job. We couldn't go through with the final payment. As a result I was forced to let go of the last payment and had to hire a different contractor to finish the project.

Juan Naula        11-07-2019

*[signature]*