IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSE RIVERA,<br>JOSE EFRAIN RENDEROS,<br>DONNY CERNA, and<br>ANGEL MAURICIO VARGAS,<br><br>      **Plaintiffs,**<br><br>      v.<br><br>JUAN NUALA,<br>EDUARDS WOOD FLOORS, LLC,<br>and<br>CURBIO, INC.,<br><br>      **Defendants.** | Civil Action No. :  1:19-cv-03142-KBJ |

## DEFENDANT CURBIO INC.'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND TIME TO AMEND COMPLAINT

Defendant Curbio, Inc. ("Defendant") hereby files this Notice of Non-Opposition to Plaintiff's Motion to Extend Time to Amend Complaint.

On September 14, 2020, Plaintiffs' counsel of record filed a Motion to Extend Time to Amend Complaint and Accompanying Points and Authorities. (ECF 17). Defendant Curbio, Inc. does not oppose Plaintiffs' Motion.

Respectfully submitted this the 17th day of September, 2020.

                /s/ *Michael J. Murphy*
Michael J. Murphy, D.C. Bar No. 421287
Ajente Kamalanathan, D.C. Bar No. 1026178
Connie M. Ng, D.C. Bar No. 1017855
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
1909 K Street, N.W., Suite 1000
Washington, D.C. 20037
Tel:  (202) 887-0855
Email:  michael.murphy@ogletree.com
Email:  ajente.kamalanathan@ogletree.com
Email:  connie.ng@ogletree.com

*Counsel for Defendant Curbio, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY certify that a true copy of the foregoing was electronically filed via the Court's ECF filing system on this 17th day of September, 2020, which will notify the following counsel of record:

| | |
|---|---|
| Matthew B. Kaplan | Lenore C. Garon |
| The Kaplan Law Firm | Law Office of Lenore C. Garon, PLLC |
| 1100 N Glebe Road, Suite 1010 | 2412 Falls Place Court |
| Arlington, VA 22201 | Falls Church, VA 22043 |
| (703) 665-9529 | (703) 534-6662 |
| mbkaplan@thekaplanlawfirm.com | Fax (703) 534-4448 |
| | lenore@lenorecgaron.com |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

I further certify that a true copy of the foregoing was served by electronic mail and first-class U.S. mail upon the following:

Juan Nuala
Eduards Wood Floors LLC
2800 Juniper Street, Ste. 3
Fairfax, VA 22031-4411
*Defendants Juan Nuala and Eduards Wood Floors LLC*


 */s/ Michael J. Murphy*
Michael J. Murphy, D.C. Bar No. 421287
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
1909 K Street, N.W., Suite 1000
Washington, D.C. 20037
Tel:  (202) 887-0855
Fax:  (202) 887-0866
Email:  michael.murphy@ogletree.com

*Counsel for Defendant Curbio, Inc.*

44244437.1