**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **JOSE RIVERA**, *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) Civil Action No. 19-3142 (FYP) |
| **JUAN NUALA**, *et al.*, | ) |
| *Defendants*. | ) |

**ORDER**

This Order comes upon consideration of Plaintiffs' Motion for Default Judgment, filed on August 9, 2021, pursuant to Federal Rule of Civil Procedure 55(b)(2), *see* ECF No. 33; the memorandum in support thereof; and the exhibits attached thereto. The Clerk's office entered default against Defendant Juan Nuala on April 15, 2020, *see* ECF No. 14, and against Eduards Wood Floors, LLC on April 22, 2020, *see* ECF No. 16. On November 8, 2021, this Court ordered Defendants to show cause by November 15, 2021, as to why Plaintiffs' Motion for Default Judgment should not be granted as conceded. *See* ECF No. 34. Defendants have failed to plead or otherwise to defend the allegations against them and have failed to show cause as to why the Motion should not be granted as conceded. Therefore, it is hereby,

**ORDERED** that the Plaintiffs' Motion for Entry of Default Judgment is **GRANTED**; and it is further

**ORDERED** that judgment is hereby entered in favor of the Plaintiffs and against Defendants Juan Nuala and Eduards Wood Floors, LLC, jointly and severally, in the amount of $145,517.24 plus post-judgment interest at the legal rate per annum, pursuant to 28 U.S.C. § 1961. That sum includes:

- Damages in the amount of $61,820.19;[1]

- Litigation fees in the amount of $83,086.00; and

- Expenses in the amount of $611.05;

*See* ECF No. 33-3 (Exhibit Damages Calculations); ECF No. 33-4 (Exhibit Attorney's Fees and Litigation Costs); and it is further

    **ORDERED** that the Clerk of the Court close this case.

    **SO ORDERED.**

Date: November 22, 2021

                                                                                   Florence Y. Pan
                                                                                  United States District Judge

---

[1] The damages are to be allocated among the Plaintiffs as follows: Jose Rivera, $54,716.63; Angel Mauricio Vargas, $1,540.00; Jose Efrain Renderos, $1,900.00; Donny Cerna, $3,663.56. *See* ECF No. 33-3 (Exhibit Damages Calculations).